AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Korkesha Fields | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-07128-RLY-TAB |
| Cook Incorporated, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Korkesha Fields .

Date: 05/15/2025

/s/ Andrew N. Faes
*Attorney's signature*

Andrew N. Faes, MO Bar #59721
*Printed name and bar number*

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
*Address*

afaes@wcllp.com
*E-mail address*

(816) 701-1100
*Telephone number*

(816) 531-2372
*FAX number*